```
UNITED STATES DISTRICT COURT                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                 DOCUMENT
------------------------------------------X   ELECTRONICALLY FILED
                                          :   DOC #:_____
STACEY MERCER.,                           :   DATE FILED: 02/12/2020
                     Plaintiff,           :
                                          :   19 Civ. 10186 (LGS)
          -against-                       :
                                          :              ORDER
COVE MANAGEMENT, INC. et al.,             :
                     Defendants.          :
------------------------------------------:
                                          X
```

LORNA G. SCHOFIELD, District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: February 12, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**